IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOHNNY ADAMS,** *et al.*                                                                                   **PLAINTIFFS**

**v.**                                          **CASE NO. 2:22-CV-00208-BSM**

**JAMES WILSON,** *et al.*                                                                                **DEFENDANTS**

## ORDER

Pursuant to parties' joint stipulation of dismissal [Doc. No. 10] this case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE