IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JOHNNY ADAMS,** *et al.* **PLAINTIFFS**

v.                      **CASE NO. 2:22-CV-00208-BSM**

**JAMES WILSON,** *et al.* **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 21st day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE